IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  4:94cr4045-WS

BRADY LAVICK ADAMS,

        Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 165) docketed February 1, 2010. The magistrate judge recommends that the defendant's "Motion Requesting DNA Testing" (doc. 159) be denied. The defendant has filed objections (doc. 166) to the report and recommendation.

Upon review of the record in light of the defendant's objections, the court has determined that the magistrate judge's report and recommendation must be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 165) is adopted and incorporated by reference in this order of the court.

2. The defendant's "Motion Requesting DNA Testing" (doc. 159) is DENIED.

DONE AND ORDERED this ___23rd___ day of ___March___, 2010.


                                                s/ William Stafford
                                                WILLIAM STAFFORD
                                                SENIOR UNITED STATES DISTRICT JUDGE