UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                                    4:94cr4045–WS/MAF

BRADY LAVICK ADAMS,

    Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (ECF No. 300) March 27, 2020. The magistrate judge recommends that Brady Lavick Adams's Rule 60(d)(1) motion for relief from judgment be denied. Adams has filed objections (ECF No. 303) to the report and recommendation.

    The court having reviewed the record in light of Adams's objections, it is ORDERED:

    1. The magistrate judge's report and recommendation (ECF No. 300) is ADOPTED and incorporated by reference into this order.

    2. Brady Lavick Adams's motion (ECF No. 292) entitled "Independent Action for Relief from Final Judgment" is DENIED.

3. A certificate of appealability is DENIED.

DONE AND ORDERED this __22nd__ day of __May__, 2020.


s/ William Stafford_____
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE