IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  4:94cr4045–WS/MAL
 4:21cv513–WS/MAL

BRADY LAVICK ADAMS,

    Defendant.

---

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 428) docketed December 10, 2024. The magistrate judge recommends that the defendant's fourth amended motion (ECF No. 396) to vacate, set aside, or correct sentence be denied. Defendant filed objections (ECF No. 435) to the report and recommendation, then later filed a motion (ECF No. 436) to narrow the scope of his objections, stating—among other things—that "the pending motion to object is withdrawn."

Having reviewed the record in light of Defendant's objections, the undersigned has determined that the magistrate judge's well-reasoned and thorough report and recommendation is due to be adopted. Like the magistrate judge, the

undersigned finds that Defendant has failed to demonstrate that he is entitled to relief under 28 U.S.C. § 2255. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 428) is hereby ADOPTED and incorporated by reference into this order.

2. Defendant's fourth amended motion (ECF No. 396) to vacate, set aside, or correct sentence is DENIED.

3. Defendant's amended motion (ECF No. 418) for summary judgment and immediate release is DENIED.

4. Defendant's motion (ECF No. 422) for bond pending appeal is DENIED.

5. The clerk shall enter judgment stating: "Defendant's motion to vacate, set aside, or correct sentence; amended motion for summary judgment and immediate release; and motion for bond pending appeal are denied."

6. A certificate of appealability is DENIED.

7. The clerk shall close Case No. 4:21cv513–WS/MAL.

DONE AND ORDERED this   22nd   day of   January  , 2025.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE